E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EASTERN DIVISION

PENSION BENEFIT GUARANTY CORPORATION )
1200 K Street, N.W. )
Washington, DC 20005-4026, )
)
               Plaintiff, )
)
               v. )   Civil Action No. C07-03837
)
C&G CONTRACTORS, INC., as plan administrator of )
the C&G Contractors, Inc. Defined Benefit Pension Plan )
)
Serve: David Van Hoesen )
       Agent for Service of Process )
       2 Bel Air Drive )
       Orinda, CA 94563 )
)
             Defendant. )

## COMPLAINT

1.    This action arises under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (20006). Plaintiff, the Pension Benefit Guaranty Corporation ("PBGC"), brings this action pursuant to 29 U.S.C. § 1342 for an order: (1) terminating the C&G Contractors, Inc. Pension Plan (the "Plan"); (2) establishing October 31, 2004, as the termination date of the Plan; (3) appointing PBGC as statutory trustee of the Plan; and (4) requiring C&G Contractors, Inc. (the "Defendant") to transfer any and all Plan records, assets, property, and documents to PBGC.

### Jurisdiction and Venue

2.    This Court has exclusive jurisdiction over this action, under 29 U.S.C. § 1342(e), (f).

3.    Venue properly lies in this Court pursuant to 29 U.S.C. § 1342(g).

### Parties

4.    PBGC is a wholly-owned United States government corporation established under 29 U.S.C. § 1302(a) to administer the pension plan termination insurance program created by Title IV of ERISA. PBGC assures the timely payment of pension benefits under pension plans

COMPLAINT

that terminate when covered by Title IV. 29 U.S.C. §§ 1302(a)(2), 1321(a), 1322, 1361.

5. The Defendant is incorporated in California and the Defendant's registered office and principal place of business was located at 2256 Dunn Road, Hayward, California.

6. The Defendant is the contributing sponsor and the plan administrator of the Plan, within the meaning of 29 U.S.C. § 1301(a)(1) and (13).

### Background

7. The Plan has approximately 7 participants.

8. The Plan is a benefit pension plan within the meaning of 29 U.S.C. § 1002(2) and (35), that is covered by Title IV of ERISA and insured under the pension plan termination insurance program. 29 U.S.C. § 1321(a).

9. On or about October 31, 2004, the Defendant terminated all of its employees and permanently ceased business operations.

### Count I

10. PBGC restates and realleges paragraphs 1 through 9.

11. Under 29 U.S.C. § 1342(a), PBGC shall institute proceedings to terminate a pension plan whenever the agency determines that the plan does not have assets available to pay benefits currently due under the terms of the plan.

12. On August 30, 2006, PBGC determined that: the Plan does not have assets available to pay benefits currently due under the terms of the Plan and that the Plan must be terminated in order to protect the interests of the Plan's participants. These determinations are stated in a Notice of Determination ("Notice") issued by PBGC on August 30, 2006. The Notice further stated that PBGC intends to: (1) proceed to have the Plan terminated, (2) have PBGC appointed as statutory trustee under 29 U.S.C. § 1342, and (3) have October 31, 2004, established as the Plan's termination date under 29 U.S.C. § 1348. A copy of the Notice is attached as Exhibit 1.

13. Under 29 U.S.C. § 1342(c), PBGC is required to notify the plan administrator of its determination that the plan should be terminated before applying for a court order terminating a plan.

14. By certified United States Mail return receipt requested, PBGC sent a copy of the Notice to the Defendant at its last known address on or about August 30, 2006.

15. On October 12, 2006, the Notice was returned to PBGC. The Notice and the returned envelope are attached hereto as Exhibit 2.

16. PBGC may apply to the appropriate United States District Court for a decree adjudicating that a plan must be terminated to protect the interest of participants. 29 U.S.C. § 1342(c).

17. After PBGC determines that a pension plan should be terminated, and upon application and notice by PBGC under 29 U.S.C. § 1342(c), a United States district court may order the termination of the pension plan if necessary to protect the interests of the participants.

18. Because the Plan does not have assets available to pay benefits currently due under the Plan, the Plan must be terminated to protect the interests of the participants.

### Count II

19. PBGC restates and realleges paragraph 1 through 18.

20. Upon issuing an order terminating the Plan under 29 U.S.C. § 1342(c), a United States district court must establish the date of termination of the Plan under 29 U.S.C. § 1348(a)(4).

21. A termination date of October 31, 2004, is appropriate because on this date the Company terminated all of its employees and permanenetly ceased business operations. Accordingly, any reasonable expectations by Plan participants that the Plan would continue were extinguished as of this date. 29 U.S.C. § 1342(c).

### Count III

22. PBGC restates and realleges paragraphs 1 through 21.

23. Upon issuing an order terminating the Plan under 29 U.S.C. § 1342(c), a United States district court must appoint a trustee, which upon application may be PBGC, under 29 U.S.C. § 1342(b) and (c). Upon appointment as trustee, PBGC will administer the Plan in accordance with Title IV of ERISA.

24. PBGC is ready, willing, and able to serve as trustee.

## Count IV

25. PBGC restates and realleges paragraphs 1 through 24.

26. The trustee appointed by the Court pursuant to 29 U.S.C. § 1342(c) is authorized, pursuant to 29 U.S.C. § 1342(d), among other things, to pay benefits under the terms of the Plan and to manage the assets of the Plan. 29 U.S.C. § 1342(d).

27. In order to carry out its statutory duties with respect to the Plan, the trustee appointed by the Court must receive all documents and records relating to the Plan and its participants, all other property of the Plan, and the assets of the Plan.

**Remaining portion of this page intentionally left blank.**

WHEREFORE, PBGC respectfully requests that the Court issue an Order granting relief as follows:

1. Terminating the Plan pursuant to 29 U.S.C. § 1342(c);

2. Establishing October 31, 2004, as the termination date of the Plan pursuant to 29 U.S.C. § 1348(a)(4);

3. Appointing PBGC statutory trustee of the Plan pursuant to 29 U.S.C. § 1342(c);

4. Requiring C&G Contractors, Inc., its agents, and any other person or entity having possession, custody or control of any records, assets or other property of the Plan, and any documents relating to the Plan, to transfer, convey and deliver all such records, assets, property and documents to PBGC; and

5. Granting any and all other relief that this Court deems just and proper.

Respectfully submitted,

ISRAEL GOLDOWITZ
Chief Counsel
KAREN L. MORRIS
Deputy Chief Counsel
STEPHANIE THOMAS
Assistant Chief Counsel
JEAN MARIE BREEN
Attorney
Counsel for Pension Benefit Guaranty Corporation

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026
Tel.: (202) 326-4020, ext. 3058
Fax: (202) 326-4112
breen.jean@pbgc.gov and efile@pbgc.gov

# EXHIBIT 1



**PBGC**
Protecting America's Pensions

Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

AUG 3 0 2006

Federal Express

C&G Contracting, Inc.
2256 Dunn Road
Hayward, CA 94545

## NOTICE OF DETERMINATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC") has determined, under section 4042(a), of the Employee Retirement Income Security Act of 1974, *as amended* ("ERISA"), 29 U.S.C. §1342(a), that the C&G Contractors, Inc. Defined Benefit Pension Plan (the "Plan") is unable to pay benefits currently due. PBGC has further determined, under ERISA §4042(c), 29 U.S.C. §1342(c), that the Plan must be terminated in order to protect the interests of the Plan's participants. Accordingly, PBGC intends to proceed under ERISA §4042, 29 U.S.C. §1342, to have the Plan terminated and PBGC appointed as statutory trustee, and under ERISA §4048, 29 U.S.C. §1348, to have October 31, 2004 established as the Plan's termination date.

PBGC has completed its decisionmaking process in this matter; accordingly, this determination is effective on the date it is issued.

PENSION BENEFIT GUARANTY CORPORATION

_[signature]_
WILLIAM B. HULTENG, Chairman
Trusteeship Working Group

# EXHIBIT 2



**PBGC**
Protecting America's Pensions

Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

AUG 3 0 2006

Federal Express

C&G Contracting, Inc.
2256 Dunn Road
Hayward, CA 94545

### NOTICE OF DETERMINATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC") has determined, under section 4042(a), of the Employee Retirement Income Security Act of 1974, *as amended* ("ERISA"), 29 U.S.C. §1342(a), that the C&G Contractors, Inc. Defined Benefit Pension Plan (the "Plan") is unable to pay benefits currently due. PBGC has further determined, under ERISA §4042(c), 29 U.S.C. §1342(c), that the Plan must be terminated in order to protect the interests of the Plan's participants. Accordingly, PBGC intends to proceed under ERISA §4042, 29 U.S.C. §1342, to have the Plan terminated and PBGC appointed as statutory trustee, and under ERISA §4048, 29 U.S.C. §1348, to have October 31, 2004 established as the Plan's termination date.

PBGC has completed its decisionmaking process in this matter; accordingly, this determination is effective on the date it is issued.

PENSION BENEFIT GUARANTY CORPORATION

*[signature]*
WILLIAM B. HULTENG, Chairman
Trusteeship Working Group

