# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION BENEFIT GUARANTY CORPORATION,

      Plaintiff,        Civil Action No. 07-cv-03837-SC

    v.            **NOTICE BY PLAINTIFF OF VOLUNTARY DISMISSAL**

C&G CONTRACTORS, INC., as plan administrator of the C&G Contractors, Inc. Defined Benefit Pension Plan,

      Defendant.

   Pursuant to Fed. R. Civ. P. 41(a), plaintiff, Pension Benefit Guaranty Corporation ("PBGC"), the sole plaintiff in the above-captioned case, hereby gives notice that PBGC voluntarily dismisses this action without prejudice. To date, C&G Contractors, Inc., the sole named defendant in this case, has not entered an appearance or served PBGC with any answer, motion or other document in this action. PBGC has not previously dismissed any action based upon or including the claims alleged in this case, in any court.

            Respectfully submitted,

             /s/ Jean Marie Breen
            ISRAEL GOLDOWITZ
            Chief Counsel
            KAREN L. MORRIS
            Deputy Chief Counsel
            STEPHANIE THOMAS
            Assistant Chief Counsel
            JEAN MARIE BREEN
            Attorney
            Counsel for Pension Benefit Guaranty Corporation

            Pension Benefit Guaranty Corporation
            Office of Chief Counsel
            1200 K Street, N.W.
            Washington, DC 20005-4026
            Tel.: (202) 326-4020, ext. 3058
            Telecopier: (202) 326-4112
Dated: November 5, 2007      breen.jean@pbgc.gov and efile@pbgc.gov