# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION BENEFIT GUARANTY CORPORATION,

        Plaintiff,

v.

C&G CONTRACTORS, INC., as plan administrator of the C&G Contractors, Inc. Defined Benefit Pension Plan,

        Defendant.

Civil Action No. 07-cv-03837-SC

**NOTICE BY PLAINTIFF OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff, Pension Benefit Guaranty Corporation ("PBGC"), the sole plaintiff in the above-captioned case, hereby gives notice that PBGC voluntarily dismisses this action without prejudice. To date, C&G Contractors, Inc., the sole named defendant in this case, has not entered an appearance or served PBGC with any answer, motion or other document in this action. PBGC has not previously dismissed any action based upon or including the claims alleged in this case, in any court.

Respectfully submitted,

/s/ Jean Marie Breen
ISRAEL GOLDOWITZ
Chief Counsel
KAREN L. MORRIS
Deputy Chief Counsel
STEPHANIE THOMAS
Assistant Chief Counsel
JEAN MARIE BREEN
Attorney
Counsel for Pension Benefit Guaranty Corporation

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026
Tel.: (202) 326-4020, ext. 3058
Telecopier: (202) 326-4112

Dated: November 5, 2007    breen.jean@pbgc.gov and efile@pbgc.gov

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti — 11/6/07]

**NOTICE BY PLAINTIFF OF VOLUNTARY DISMISSAL**